UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:09-00042 |
| | ) | JUDGE CAMPBELL |
| ROBERT FITZGERALD SUTTON | ) | |

ORDER

The Court held a hearing on December 23, 2015. The hearing on the Superseding Petition (Docket No. 61) was continued to February 18, 2016, at 12:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE